## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **4:01CR304** |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **DETENTION ORDER** |
| **vs.** | ) | |
| | ) | **PETITION FOR** |
| **MICHAEL E. SECORD,** | ) | **ACTION ON CONDITIONS** |
| | ) | **OF** |
| **Defendant.** | ) | **SUPERVISED RELEASE** |
| | ) | |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order.

February 10, 2011                         BY THE COURT:


                                         *s/Cheryl R. Zwart*
                                         United States Magistrate Judge