IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:01CR304 |
| Plaintiff, | ) ) ) | **ORDER** |
| -vs- | ) ) | |
| MICHAEL SECORD, | ) ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's Motion for Temporary Release From Custody to permit an inpatient screening interview, filing 76. Being fully advised in the premises, and noting that the government and probation office have no objection, this Court finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall be released from Marshal's custody on March 31, 2011, no later than 11:00 a.m. so that he may participate at an inpatient screening interview at Williams Prepared Place in Omaha, NE. Mr. Secord shall be released to a staff member of the Federal Public Defender's office for transportation directly to said interview. He shall be returned to the custody of the United States Marshal immediately thereafter by the FPD staff member.

DATED this 23rd day of March, 2011.

BY THE COURT:

s/ *Cheryl R. Zwart*
The Honorable Cheryl Zwart
United States Magistrate Judge