IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,            )
                                     )
                    Plaintiff,       )
                                     )
v.                                   )        Case No.  4:01CR304
                                     )
 MICHAEL SECORD,                     )
                                     )
                    Defendant.       )

**ORDER**

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Revocation Hearing, filing 80, now set for May 12, 2011, at 12:00 noon until a date certain in approximately 60 days.  The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 12th day of July, 2011, at 12:00 noon.  The Defendant is ordered to appear at such time.

Dated this 29th day of April, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge